IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

RUBEN G. HERNANDEZ, #90328-079          §

VS.                                     §          CIVIL ACTION NO. 4:10cv557
                                                   CRIMINAL ACTION NO. 4:08cr211

UNITED STATES OF AMERICA                §

<u>ORDER OF DISMISSAL</u>

This civil action was referred to United States Magistrate Judge Don D. Bush.  The Report

and Recommendation of the Magistrate Judge, which contains proposed findings of fact and

recommendations for the disposition of such action, has been presented for consideration, and no

objections having been timely filed, the court is of the opinion that the findings and conclusions of

the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore

**ORDERED** that the motion is **DISMISSED** without prejudice for failure to prosecute. It is further

**ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 29th day of August, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE